■ SOPRAMCO III, LLC, Appellant, v CAPITAL DISTRICT OR-THOTIC GROUP, INC., Respondent. [940 NYS2d 516]—Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered May 7, 2010 in a breach of contract action. The order denied plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY S. PIGNATARO, Appellant. [939 NYS2d 923]—Appeal from a resentence of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered May 4, 2010. Defendant was resentenced pursuant to Penal Law § 70.85.

It is hereby ordered that the resentence so appealed from is unanimously affirmed (see People v Williams, 82 AD3d 1576 [2011], lv denied 17 NY3d 810 [2011]). Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.

■ In the Matter of DANIELLE DENAULT WINDER, Respondent, v CHRISTOPHER WILLIAMS, Appellant. [940 NYS2d 909]—Appeal from a corrected order of the Family Court, Erie County (Kevin M. Carter, J.), entered October 22, 2010 in a proceeding pursuant to Family Court Act article 6. The corrected order determined that respondent would be responsible for transportation to and from visitation.

It is hereby ordered that the corrected order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.